UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | No. 2:17-CR-00151-TOR-1 |
|---|---|
| Plaintiff, | ORDER ON MOTIONS TO RECONSIDER AND WITHDRAW |
| v. | |
| JOEY ALAN YAMADA, | **MOTION DENIED** <br> **(ECF No. 38)** |
| Defendant. | **MOTION GRANTED** <br> **(ECF No. 39)** |

Before the Court are Defendant's Motion to Reconsider Detention and Motion to Withdraw Motion for Reconsideration. ECF No. 38, 39. In Defendant's motion to reconsider, ECF No. 38, filed on October 23, 2017, Defendant submitted to this Court that new and material circumstances related to a proposed release address had become known justified reopening the matter of detention under 18 U.S.C. § 3142 (f).

Later that same day, Defendant filed his motion to withdraw, ECF No. 39, informing this Court through the declaration of counsel that the proposed release address referenced in the original motion to reconsider was no longer viable. See ECF No. 39 at 2.

Thus, Defendant's motion to reconsider, **ECF No. 38**, is **DENIED as moot** and Defendant's motion to withdraw, **ECF No. 39**, is **GRANTED**. All hearings set before this Court pursuant to the above motions are hereby **STRICKEN**.

**IT IS SO ORDERED**.

DATED October 25, 2017.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 1