# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 26, 2017

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Yamada, Joey Alan | Docket No. | 2:17CR00151-TOR-1 |
|---|---|---|---|

### Petition for Action on Conditions of Pretrial Release

COMES NOW Erik B. Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Joey Alan Yamada, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers, sitting in the Court at Spokane, Washington, on the 7th day of November 2017, under the following conditions:

**Special Condition #31:** Defendant shall have no contact or communication with co-defendant Theresa Yamada. This prohibits contact that is direct or indirect, whether in person or in writing, or electronic or any other means, whether or not such contact is initiated by Defendant.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** The defendant attempted to contact codefendant, Theresa Yamada, through social media on or about November 13 and 16, 2017.

**Violation #2:** The defendant attempted to contact Theresa Yamada through social media on December 13 and 14, 2017.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: December 26, 2017

by s/Erik Carlson

Erik Carlson
U.S. Pretrial Services Officer

THE COURT ORDERS
[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

December 26, 2017
Date