UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 02, 2018

SEAN F. MCAVOY, CLERK

| U.S.A. vs. | Yamada, Joey Alan | Docket No. | 2:17CR00151-TOR-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Erik B. Carlson, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Joey Alan Yamada, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers, sitting in the Court at Spokane, Washington, on the 7th day of November 2017, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether defendant has been authorized medical marijuana under state law.

**Special Condition #28:** Curfew: Defendant shall be restricted to his/her residence every day from 6:00 p.m. to 6:00 a.m.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** The defendant admitted to ingesting methamphetamine on February 10, 2018.

**Violation #2:** The defendant failed to return to his home by 6 p.m. on February 21, 2018.

**Violation #3:** The defendant failed to return to his home by 6 p.m. on February 22, 2018.

PRAYING THAT THE COURT WILL MODIFY CONDITIONS OF RELEASE AND ORDER A SUMMONS

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:    March 2, 2018

by    s/Erik Carlson

Erik Carlson
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]    The Issuance of a Warrant
[X]    The Issuance of a Summons
[ ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.

Signature of Judicial Officer

March 2, 2018

Date